**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZIONA**

| | |
|---|---|
| Jasmine Gardner, | Case No.: CV-15-00920-PHX-NVW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| vs. | |
| Badada Inn and Suites, Inc., an Arizona corporation also d/b/a Quality Inn and Suites; Days Inn and Suites of Surprise, Inc., an Arizona corporation also d/b/a Amba Inc. Days Inn and Suites; an Arizona Limited Liability Company; Anilkumar Patel and Anita Patel, husband and wife; Tristar Hotel Group, LLC | |
| Defendants. | |

This matter has been resolved between the parties. Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal of this action with prejudice.

Dated: June 30, 2015            Respectfully submitted,

**PHILLIPS DAYES NATIONAL
EMPLOYMENT LAW FIRM PC**

By  /s/Trey Dayes
    Trey Dayes
    treyd@phillipsdayeslaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None.

By: /s/Nasser Abujbarah
      Nasser Abujbarah
      Paralegal for Trey Dayes